# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JHAKOBY JENNINGS

V.                                    NO. 4:05CV00852 GTE

RANDY JOHNSON, ET AL

### Order of Dismissal

The Court issued and Order on April 12, 2006, directing the Plaintiff, Jhakoby Jennings, to respond to said order within thirty (30) days, informing the Court if he wished to pursue this action. More than thirty days have passed and the Plaintiff has not responded to the Court's Order.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's complaint be and it is hereby, dismissed for Plaintiff's failure to keep the Court informed of any change in his address and to diligently prosecute this action.

Dated this 17th day of May, 2006.

_/s/Garnett Thomas Eisele___
UNITED STATES DISTRICT JUDGE